UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **THOMAS PERLAKI**, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**J.B. POINDEXTER & CO, INC.**,<br><br>Defendant. | Case No. 4:24-cv-01649 |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Thomas Perlaki hereby gives notice that his claims in this action against Defendant J.B. Poindexter & Co, Inc., are hereby voluntarily dismissed without prejudice, with each party to bear its own costs and attorneys' fees.

Dated: March 20, 2025

Respectfully submitted,

*/s/ Joe Kendall*
Joe Kendall
Texas Bar No. 11260700
S.D. Tex. Bar No. 30973
**KENDALL LAW GROUP, PLLC**
3811 Turtle Creek Blvd., Suite 825
Dallas, Texas 75219
Telephone: 214/744-3000
Facsimile: (214) 744-3015
jkendall@kendalllawgroup.com

Cassandra P. Miller (admitted *pro hac vice*)
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100

1

Facsimile: (872) 263-1109
cmiller@straussborrelli.com

***Attorneys for Plaintiff and the Proposed Class***

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

*/s/ Joe Kendall*
Joe Kendall