Case 4:24-cv-01649   Document 36   Filed on 03/21/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
March 21, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| THOMAS PERLAKI,<br>    Plaintiff,<br><br>VS.<br><br>J.B. POINDEXTER & CO, INC.,<br>    Defendant. | §<br>§<br>§<br>§   CIVIL ACTION NO. 4:24-CV-01649<br>§<br>§<br>§ |

## ORDER OF DISMISSAL

On March 20, 2025, the Plaintiff filed a Notice of Voluntary Dismissal without prejudice (Dkt. #35) pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Accordingly, it is hereby **ORDERED** that all claims asserted against any party in the above-captioned lawsuit are hereby **DISMISSED WITHOUT PREJUDICE** to their being re-filed.

Each party shall bear its own attorneys' fees and costs.

**THIS IS A FINAL JUDGMENT.**

SIGNED at Houston, Texas on March 21, 2025.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE